FAX or Internet

# UNITED STATES DISTRICT COURT

## for the

## District of Arizona

| | |
|---|---|
| In the Matter of the Search of | ) |
| | ) |
| *A 2009 White Chevrolet Silverado bearing Arizona* | ) |
| *license plate CVA7387 and VIN#* | )   Case No.  21-4262mb |
| *1GCHK43K49F146865* | ) |
| | ) |

## ELECTRONICALLY ISSUED SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer.

An application by a federal law enforcement officer for the government requests the search of the following person or property located in the   District of Arizona
*(identify the person or describe the property to be searched and give its location):*

### SEE ATTACHMENT A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*

### SEE ATTACHMENT B

I find that the affidavit(s), or any recorded testimony, have been communicated by reliable electronic means and establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before        September 10, 2021
*(not to exceed 14 days)*

☐ in the daytime  6:00 a.m. to 10 p.m.   ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the search warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave a search warrant copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Camille D. Bibles                                  .
*(Name)*

☐ I find that immediate notification may have an adverse result as specified in 18 U.S.C. §3103a  (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30).*
☐ until, the facts justifying, the later specific date of _____ .

Date and Time Issued: _____

Camille D. Bibles    Digitally signed by Camille D. Bibles
Date: 2021.08.27 11:04:14 -07'00'
_____
*Judge's Signature*

City and State:    Flagstaff, Arizona          _____
Honorable Camille D. Bibles, U.S. Magistrate Judge
*Printed Name and Title*

## ATTACHMENT A – PROPERTY TO BE SEARCHED

**DESCRIPTION OF VEHICLE:** A 2009 white Chevrolet Silverado bearing Arizona license plate CVA7387 with VIN #1GCHK43K49F146865

The vehicle is currently located and secured at the Federal Bureau of Investigation Flagstaff Resident Agency.

**PHOTOS ATTACHED:** Yes





## ATTACHMENT B – THINGS TO BE SEARCHED FOR AND SEIZED

1.     Any evidence of assault, including but not limited to blood evidence, including dried blood or substances that appear to be blood, which may be on the exterior of the vehicle, the interior of the vehicle, and clothing, weapons, or items used to clean up the same (such as cloth towels, washcloths, or paper towels).

2.     Fingerprint or other DNA evidence, which may be found on surfaces in the interior and exterior of the vehicle.

3.     Any rifles, firearms, firearm projectiles, or spent casings.

4.     Electronic communication devices, including but not limited to cellular telephones, tablets, and associated removable media (such as SIM or removable memory cards), believed to have belonged to or to have been used by the vehicle's occupants.

5.     Indicia of ownership, occupancy, and/or use of the vehicle, including such things as: mail (e.g., bills) that may be addressed to the occupant(s), driver's licenses and identification cards, vehicle title, registration, and personal property such as clothing that may identify the owners and/or occupants of the vehicle.

6.     Any objects or containers including but not limited to water bottles, jugs, beer cans, cigarette butts, clothing, or any object or consumable item which may contain DNA.

7.     Photographs and/or video of the vehicle and the things seized.

FAX or Internet

# UNITED STATES DISTRICT COURT

for the
District of Arizona

In the Matter of the Search of:

| | |
|---|---|
| *A 2009 White Chevrolet Silverado bearing Arizona license plate CVA7387 and VIN# 1GCHK43K49F146865* | ) ) ) ) |

Case No.   21-4262mb

## ELECTRONIC APPLICATION FOR SEARCH AND SEIZURE WARRANT

I, <u>F.B.I. Special Agent Jesse Vargas</u>, a federal law enforcement officer for the government, request an electronic search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

**See Attachment A.**

located in the District of Arizona, there is now concealed *(identify the person or describe the property to be seized)*:

**See Attachment B.**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

[X] evidence of a crime;

[ ] contraband, fruits of crime, or other items illegally possessed;

[X] property designed for use, intended for use, or used in committing a crime;

[ ] a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §§ 1153 and 113(a)(6) | Assaulting Resulting in Serious Bodily Injury (Indian Country) |

The application is based upon the following facts:

[X] Continued on the attached sheet (see attached **Affidavit**).

[ ] Delayed notice _____ days (give exact ending date if more _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Reviewed by: *s/ AUSA Emma Mark*

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  August 26, 2021

_____
*Applicant's Signature*

Jesse Vargas, F.B.I. Special Agent
*Printed Name and Title*

**Sworn by Telephone**

Date:  August 27, 2021

Camille D. Bibles

Digitally signed by Camille D. Bibles
Date: 2021.08.27 11:03:45 -07'00'

*Judge's Signature*

Camille D. Bibles,
United States Magistrate Judge
*Printed Name and Title*

City and State:  Flagstaff, AZ

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**ELECTRONICALLY SUBMITTED AFFIDAVIT**

I, FBI Special Agent JESSE VARGAS, state under oath as follows:

1.     Your Affiant, Jesse Vargas, has been employed a Special Agent ("SA") for the Federal Bureau of Investigation (FBI) since December of 2020. As a SA of the FBI, I am an 'investigative or law enforcement officer' within the meaning of 18 U.S.C. § 2510(7), that is, I am an officer of the United States who is authorized by law to conduct investigations of, and make arrests for, offenses enumerated in Title 18. Your Affiant's duties include the investigation of violent crimes occurring within Indian Country in the District of Arizona. Your Affiant previously served as a sworn law enforcement officer for approximately 3 years with the California Department of Social Services, between 2018 and 2020. Your affiant also served as a sworn Police Officer for the San Diego Police Department and received certification through the San Diego Regional Public Safety Training Institute.

2.     This Affidavit is based on my personal knowledge, training, and experience, as well as the investigation, observation, and experience of other law enforcement officers and witnesses, including those described in this Affidavit.

3.     Because this Affidavit is being submitted for the limited purpose of obtaining a search warrant, your Affiant has not included every fact known to your

1

Affiant regarding this investigation. Your Affiant has set forth only the facts necessary to establish probable cause to support issuance of the requested search warrant.

## Introduction

4.      As more fully described below, this case involves a shooting that occurred on the Navajo Nation Indian Reservation (Indian Country) in the District of Arizona on August 20, 2021. The victim, O.S., was shot in the leg with a rifle by the suspect, Nathan Slowtalker ("SLOWTALKER"). The shooting occurred at SLOWTALKER's residence.

5.      Your Affiant makes this Affidavit in support of a search warrant for SLOWTALKER's truck, which was used to transport O.S. to the hospital following the shooting. The truck is a 2009 white Chevrolet Silverado bearing Arizona license plate number CVA7387 with VIN# 1GCHK43K49F146865. Your Affiant conducted a registered vehicle check and the registered owner of the vehicle is Nathan SLOWTALKER. The truck is particularly described in **Attachment A**, and the evidence being sought is particularly described in **Attachment B**. The evidence sought pertains to a violation of Title 18, United States Code, Sections 1153 and 113(a)(6).

## Investigation

6.      On August 20, 2021, your Affiant was notified by Navajo Nation Criminal Investigator Rosalyn Benally that the victim, O.S., had been

2

shot in the leg by SLOWTALKER with a rifle. The location of the crime was described as being directly off of State Route 99 at mile post 69, with GPS coordinates of 35.255325, -110.976664 on the Navajo Nation Indian Reservation. CI Benally stated that O.S. was transported to Little Colorado Medical Center (LCMC) in Winslow, Arizona. LCMC staff told CI Benally that O.S. was dropped off at the emergency room by three male subjects who were driving a white Chevrolet truck with bright lights on top.

7.      SA John Garcia contacted LCMC and spoke with the attending ER physician, Dr. Crowder. Dr. Crowder stated that O.S. advised police that he had been shot by SLOWTALKER and was approached from the front during the shooting. O.S. also described being kicked in the head by SLOWTALKER. Dr. Crowder stated O.S.'s injuries included a gunshot wound to the leg and a laceration on the head.

8.      Dilkon Police Officer Vince Bennallie spoke to SLOWTALKER'S mother, Suzy Slowtalker. Suzy indicated that she owned the home just south of Leupp off of Milepost 69 on State Route 99. She stated she had recently been allowing SLOWTALKER to stay at the residence.

9.      Ofc. Bennallie arrived at the residence and observed two separate concentrations of substances consistent with blood. The first concentration of suspected blood evidence was approximately five feet from the front door of the residence. The second concentration of blood evidence was another five feet away,

3

approximately 10 feet from the front door of the residence. Ofc. Bennallie also observed two rifle shell casings.

10.     Your Affiant and additional SAs executed a search warrant along with Navajo Nation Criminal Investigators at SLOWTALKER's residence on August 20, 2021. While executing the search warrant, Navajo Nation Police Department (NNPD) Officers advised they had located a white Chevrolet truck that was believed to belong to SLOWTALKER and used to transport O.S. to the hospital. NNPD Officers then advised that the white truck fled from NNPD officers when they attempted to conduct a traffic stop.

11.     NNPD officers later found the white truck abandoned about a mile off of a dirt road at the following GPS coordinates: 35.134814, -110,696311. NNPD officers stated that there was blood on the rear tail lights. The truck was then towed and impounded at the FBI Flagstaff Resident Agency (FRA). Your Affiant observed blood on the rear of the truck and in the bed of the truck. Your Affiant secured the rear of the truck using butcher paper and a large tarp which was taped down to secure the biological evidence in the rear bed of the truck.

12.     Your Affiant, SA Garcia, and NNCI Donald Seimy then interviewed Kenneth Bia and Hernando Nez, who were both present at the shooting. Bia and Nez both stated that SLOWTALKER shot O.S. with a rifle. They had been drinking and O.S. and SLOWTALKER had gotten into an argument on the day of the shooting. SLOWTALKER, O.S., Bia and Nez drove back to SLOWTALKER's

4

residence in his truck.  SLOWTALKER got out of the truck and O.S. followed

him.  Bia and Nez both reported hearing a gunshot while they were still sitting in

the white Chevrolet truck. Bia and Nez got out of the truck and observed O.S.

bleeding from the leg and SLOWTALKER holding a rifle.

13.     Nez and Bia both stated that O.S. was then transported in the bed of

the white Chevrolet truck to LCMC. Nez and Bia both stated the white Chevrolet

truck belongs to SLOWTALKER.

### Things to Be Searched for and Seized

14.     Based upon the facts contained in this Affidavit, your Affiant submits

there is probable cause to believe that the items listed in **Attachment B** will be found

in SLOWTALKER's white Chevrolet truck, more fully described in **Attachment A**.

15.     Based on your Affiant's training and experience suspects often leave

behind evidence from the commission of an offense. Thus, your Affiant is seeking a

warrant to search for evidence, fruits, and instrumentalities of this offense, including

DNA evidence, blood evidence, clothing, and weapons, as further described in

**Attachment B**.

16.     Based on your Affiant's training and experience, blood evidence may

be transferred and/or deposited during and after an assault, particularly when a

weapon is used.  When a weapon is used, there is normally blood spatter, which can

"spray" or be left on the floors, walls, and things nearby.  While sometimes blood

evidence is clearly visible, it often requires observation and analysis by forensic

technicians in a laboratory setting to detect, analyze, and/or compare.  Such evidence may corroborate the assault and assist in establishing where and how the incident occurred.

17.     Your Affiant seeks permission to search for any cellular phones/devices in the truck, including any iPhones, smart phones, or flip phones.  (If recovered, separate warrants will be sought to search such devices.)  Based on your Affiant's training and experience, it is known that cellular phones are one of the primary modes of communication on the Navajo Nation Indian Reservation.  Cellular phones are used to call and text others, as well as to access the internet.  Cellular phones contain information that may show a person's movement, location, calls, texts, and related information, as well as the times those things occurred.  Thus, they can be used to determine or help determine a person's movement prior to a crime and possibly assist in determining the time of an incident.   Thus, your Affiant seeks permission to search for and seized any devices in the truck.

18.     Your Affiant also knows that indicia of ownership, occupancy, and use of a vehicle is important in a criminal case.  Such information may help establish possession or control of the vehicle, knowledge, and intent.  Based on your affiant's training and experience, indicia of ownership and occupancy includes such things as: driver's licenses and identification cards, vehicle title, registration, and personal property such as clothing that may identify the owner.

19.    Your Affiant seeks permission to use any means necessary to gain access to the interior of the vehicle given that the keys are absent and the vehicle was locked prior to being abandoned. Your Affiant will seek out a specialist or use means intended to cause as little damage to the vehicle as possible in order to gain access and complete the execution of this search warrant.

## Conclusion

20.    This Affidavit was sworn telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. Based on the forgoing, I request that the Court issue the proposed search warrant because there is probable cause to believe that Nathan SLOWTALKER violated 18 U.S.C §§ 1153 and 113(a)(6), Assault Resulting in Serious Bodily Injury.

21.    Based on the information in this Affidavit, your Affiant respectfully submits that there is probable cause to believe that the evidence described in **Attached B** related to an Assault Resulting in Serious Bodily Injury (18 U.S.C. §§ 1153 and 113(a)(6)) will be discovered in and on the while Chevrolet truck described in **Attachment A**.

7

Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct to the best of my knowledge and belief.

August 26            , 2021
Date

Special Agent Jesse Vargas
Federal Bureau of Investigation

Sworn by Telephone

Camille D.
Bibles

Digitally signed by
Camille D. Bibles
Date: 2021.08.27
11:03:14 -07'00'

Date/Time: _____

Camille D. Bibles
United States Magistrate Judge

8